OFFICE
P-049

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 22 2007 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY LA BARBERA, LAWRENCE KUDLA,
DENNIS GARTLAND, THOMAS GESUALDI,
THEODORE KING, CHESTER BROMAN,
FRANK FINKEL and JOSEPH FERRARA, as
Trustees and Fiduciaries of the Local 282
Welfare, Pension, Annuity, Job Training
and Vacation and Sick Leave Trust Funds,

                      Plaintiffs,

   - against -

J F H MAK TRUCKING, INC.,

                      Defendant.
------------------------------------------------------------X

98 CV 7291 (SJ) (RLM)

**ORDER**

APPEARANCES:

FRIEDMAN & WOLF
1500 Broadway
Suite 2300
New York, NY 10036
By:   Michael Bauman, Esq.
Attorney for Plaintiffs

JOHNSON, Senior District Judge:

      Before the Court is a Report and Recommendation (the "Report"), prepared by Magistrate Judge Roanne L. Mann. Judge Mann filed the Report on November 15, 2006, and provided the parties with the requisite amount of time to file any objections. No objections were filed.

      A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court

proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. Id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. Id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985).

As mentioned, no objections were filed within the allotted time period. Upon review, the Court adopts and affirms the Report in its entirety. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: June 14, 2007
Brooklyn, NY

/s/(SJ)

_____
STERLING JOHNSON, JR.
Senior United States District Judge

P-049